# United States Court of Appeals for the Federal Circuit

---

**APPLICATIONS IN INTERNET TIME, LLC,**

*Plaintiff-Appellant*

**v.**

**SALESFORCE, INC.,**

*Defendant-Appellee*

---

2025-2026

---

Appeal from the United States District Court for the District of Nevada in No. 3:13-cv-00628-MMD-CLB, Judge Miranda M. Du.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

March 16, 2026
Date

Jarrett B. Perlow
Clerk of Court